# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-05-00703-CV

**Billy Francis Harper, Appellant**

**v.**

**Carolyn Miller, Appellee**

### FROM THE DISTRICT COURT OF TOM GREEN COUNTY, 119TH JUDICIAL DISTRICT NO. B-98-1364-F, HONORABLE GARLAND BENTON WOODWARD, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant filed his notice of appeal on October 31, 2005. On November 14, the district clerk requested an extension of time to file the clerk's record, explaining that the appellant had not yet made arrangements for the record. We granted a thirty-day extension of time to file the clerk's record. On December 6, appellant filed a letter explaining that the record was late because he and appellee had been involved in settlement negotiations. On February 13, 2006, we sent appellant notice that the clerk's record had not been filed because appellant had not paid or made arrangements to pay for the record. We requested that appellant submit a status report by February 23, cautioning that the appeal would be dismissed if we did not receive a response. To date,

appellant has not responded to our notice or otherwise communicated with the Court. We therefore dismiss the appeal for want of prosecution on our own motion. Tex. R. App. P. 42.3(b).

_____

David Puryear, Justice

Before Justices B. A. Smith, Puryear and Waldrop

Dismissed for Want of Prosecution

Filed: March 10, 2006

2